THERESA A. GOLDNER, COUNTY COUNSEL
STATE OF CALIFORNIA, COUNTY OF KERN
By Andrew C. Thomson, Deputy (Bar # 149057)
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: 661-868-3814
Fax:  661-868-3805

Attorneys for County Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKELL NORVILLE,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER SEAN MOUNTJOY, KERN COUNTY SHERIFF, COUNTY OF KERN, and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 1:12-cv-01041-JLT<br><br>STIPULATION FOR DISMISSAL OF DEFENDANTS COUNTY OF KERN, KERN COUNTY SHERIFF'S OFFICE AND DEPUTY SEAN MOUNTJOY; ORDER |

**COME NOW** the parties to this matter, Plaintiff Markel Norville ("Plaintiff") through his counsel of record Peter A Rasla, Peter Rasla and Associates, and Defendants County of Kern ("County"), Kern County Sheriff's Office, erroneously sued herein as "Kern County Sheriff" ("KCSO"), and Deputy Sean Mountjoy, erroneously sued herein as "Officer Sean Mountjoy" ("Mountjoy") (hereinafter County, KCSO and Mountjoy are collectively "County Defendants") through their counsel of record Andrew C. Thomson of Kern County Counsel's Office, and provide as follows:

**IT IS HEREBY STIPULATED**, by and between the parties to this action through their designated counsel, that the above-captioned action be dismissed with prejudice in its entirety as to any complaint, allegation and/or cause of action against County Defendants pursuant to FRCP 41(a)(1), more specifically the dismissal of the Complaint of Plaintiff

Markel Norville against Defendants County of Kern, Kern County Sheriff's Office erroneously sued herein as "Kern County Sheriff" ("KCSO"), and Deputy Sean Mountjoy, erroneously sued herein as "Officer Sean Mountjoy".

**IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration of a resolution of the matter by County Defendants, and that each party hereby agrees to bear all of its/their own costs and attorney's fees with respect to this litigation.

Dated: October 18, 2013          PETER RASLA AND ASSOCIATES, P.L.C.


By  /s/ Peter A. Rasla
   Peter A. Rasla, Esq.
   Attorneys for Plaintiff, Markel Norville

Dated: October 22, 2013          THERESA A. GOLDNER, COUNTY
                                              COUNSEL


By /s/ Andrew C. Thomson
   Andrew C. Thomson, Deputy
   Attorneys for Defendants, County of Kern,
   Kern County Sheriff's Office and Deputy
   Sean Mountjoy

## ORDER

Pursuant to the above Rule 41(a)(1) stipulation for dismissal of prejudice, this case is DISMISSED with prejudice and the Clerk shall CLOSE the case.

IT IS SO ORDERED.

Dated:  October 23, 2013            _____
                                                SENIOR DISTRICT JUDGE